

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00355-CV

**ALLAN LATOI STORY,**

                                       **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                       **Appellee**

---

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2011-2499-C1A

## MEMORANDUM OPINION

The Clerk of this Court notified the parties in an April 4, 2024 letter that the appellant's brief was overdue in this cause and that the appeal may be dismissed if a response showing grounds for continuing the appeal was not filed within twenty-one days of the date of the letter. No response has been filed. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

MATT JOHNSON
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Dismissed
Opinion delivered and filed May 23, 2024
[CV06]

